UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                 :

JOANNE CASTAGNA,                                 :

                            Plaintiff,                 :

                                                    :          22-CV-3503 (JMF)
            -v-                                  :

                                                    :                <u>ORDER</u>

CHRISTINE WORMUTH, et al., et al.,         :

                        Defendants.          :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the conference held earlier today:

- Plaintiff is granted leave to replead her claim of discrimination (and only that claim) based on the denial of sick leave against Secretary Christine Wormuth (and only Secretary Wormuth) under the Rehabilitation Act (and only under the Rehabilitation Act). Plaintiff is otherwise denied leave to amend.

- Plaintiff is hereby given **three weeks** to file an amended complaint.

- The initial pretrial conference, see ECF No. 10, previously adjourned *sine die*, *see* ECF No. 19, is hereby rescheduled to **June 6, 2023**, at **9:00 a.m.** The conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. The parties are ordered to file a joint letter, described at ECF No. 10, and a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, **<u>no later than Thursday of the week prior to the initial pretrial conference</u>**.

       The Clerk of Court is directed to terminate all Defendants other than Secretary Wormuth.

       SO ORDERED.

Dated: March 31, 2023                              _____
       New York, New York                             JESSE M. FURMAN
                                                            United States District Judge