```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joanne Castagna,

                Plaintiff,

      -against-

Christine Wormuth,

                Defendant.

1:22-cv-03503 (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      The parties are directed to appear for a telephone conference on Monday, June 26, 2023, at 2:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:     New York, New York
             June 6, 2023

_____
STEWART D. AARON
United States Magistrate Judge