USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joanne Castagna,

           Plaintiff,

-against-

Christine Wormuth,

           Defendant.

1:22-cv-03503 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Discovery in this action closed on March 28, 2024. (*See* 2/22/24 Order, ECF No. 66.) It is hereby Ordered that, no later than April 5, 2024, the parties shall file a joint letter regarding proposed next steps in this action including whether they wish to be referred to mediation and/or whether either side intends to file a dispositive motion, in which case the parties' shall set forth a proposed briefing schedule.

**SO ORDERED.**

Dated:    New York, New York
          March 29, 2024

_____
STEWART D. AARON
United States Magistrate Judge