# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JOANNE CASTAGNA,

                     Plaintiff,                           22 **CIVIL** 3503 (SDA)

        -against-                                     **<u>JUDGMENT</u>**

DANIEL P. DRISCOLL,
SECRETARY OF THE ARMY.

                     Defendants.

------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated August 19, 2025, Defendant's motion for summary

judgment is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

        August 20, 2025

                                        **TAMMI M. HELLWIG**
                                 _____
                                      **Clerk of Court**

               **BY:**                  _____
                                      **Deputy Clerk**